ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 OCT 20 PM 4:12

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| NATHAN FISHER, | ) |
| Plaintiff, | ) |
| v. | ) CV 314-075 |
| BILLY D. WICKER, Librarian, et al., | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 20th day of October, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE